EXHIBIT

5

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JUSTIN ARNOLD ET. AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| COUNTY OF HAWAII, ) | Civil Action _____ |
| ) | |
| Defendant. ) | Declaration of George Martin |
| ) | |

# DECLARATION OF GEORGE MARTIN

I, George Martin, declare as follows:

1. My legal name is George Martin.
2. I am a resident of the County of Hawaii.
3. I have lived in the County of Hawaii for 50+ years.
4. I am legally allowed to own firearms in the state of Hawaii and County of Hawaii.
5. I legally own firearms in the County of Hawaii.
6. I have personally had to wait more than 40 days to obtain a permit to acquire from Hawaii County Police Department after submitting my permit to acquire application.
7. On 11-5-25, I submitted my application for a permit to acquire with Hawaii County Police Department.
8. My permit to acquire application was not processed until 12-17-25

9. In total I waited __41__ days from the time I submitted my permit to acquire application until it was processed.
10. The waiting time I experienced is typical for the County of Hawaii Police Department and I am aware of others who have experienced similar processing times related to their permit to acquire applications.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: County of Hawaii, Hawaii, February __4__, 2026.

Respectfully submitted,

*[signature]*

George Martin

2