EXHIBIT

6

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JUSTIN ARNOLD ET. AL., | )
| Plaintiffs, | )
| v. | )
| COUNTY OF HAWAII, | ) Civil Action _____
| Defendant. | ) Declaration of Justin Arnold |

## **DECLARATION OF JUSTIN ARNOLD**

I, Justin Arnold, declare as follows:

1. My legal name is Justin Arnold.

2. I am a resident of the County of Hawaii.

3. I have lived in the County of Hawaii for 14 years.

4. I am legally allowed to own firearms in the state of Hawaii and County of Hawaii.

5. I legally own firearms in the County of Hawaii.

6. I have personally had to wait more than 40 days to obtain a permit to acquire from Hawaii County Police Department after submitting my permit to acquire application.

7. On July 23rd, 2025, I submitted my application for a permit to acquire a Long Gun with Hawaii County Police Department.

8. My permit to acquire a Long Gun application was not processed until Sept 9th, 2025.

9. In total I waited 48 days from the time I submitted my permit to acquire application until it was processed.

10. On Sept 25th, 2025, I submitted my application for a permit to acquire a Hand Gun with Hawaii County Police Department.

11. My permit to acquire a Hand Gun was not processed until Nov 5th, 2025.

12. In total I waited 41 days from the time I submitted my permit to acquire application until it was processed.

13. The waiting time I experienced is typical for the County of Hawaii Police Department and I am aware of others who have experienced similar processing times related to their permit to acquire applications.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: County of Hawaii, Hawaii, February 3rd, 2026.

Respectfully submitted,

*Justin Arnold* (signature)
Justin Arnold