EXHIBIT

9

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.com

Attorney for Plaintiff

# IN THE UNITD STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JUSTIN ARNOLD ET. AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF HAWAII, | ) | Civil Action _____ |
| | ) | |
| Defendant. | ) | Declaration of Andrew White |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF ANDREW WHITE

I, Andrew White, declare as follows:

1. My legal name is Andrew White.

2. I am a resident of the County of Hawaii.

3. I have lived in the County of Hawaii for 1.5 years.

4. I am legally allowed to own firearms in the state of Hawaii and County of Hawaii.

6. I have personally had to wait more than 40 days to obtain a permit to acquire from Hawaii County Police Department after submitting my permit to acquire application.

7. On 8/28/2025, I submitted my application for a permit to acquire with Hawaii County Police Department.

8. My permit to acquire application was not processed until N/A .

9. In total I waited 165 days from the time I submitted my permit to acquire application until it was processed.

10. The waiting time I experienced is typical for the County of Hawaii Police Department and I am aware of others who have experienced similar processing times related to their permit to acquire applications.

2

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: County of Hawaii, Hawaii, February 9 , 2026.

Respectfully submitted,

*Andrew White*

Andrew White