RENEE N. C. SCHOEN          5936
Corporation Counsel

STEVEN K. IDEMOTO          9013
Deputy Corporation Counsel
Office of the Corporation Counsel
County of Hawai'i
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: Steven.Idemoto@hawaiicounty.gov

Attorney for Defendant
COUNTY OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JUSTIN ARNOLD, BRYAN GARLAND, JAMES GRELL, ANDREW WHITE,<br><br>               Plaintiffs,<br><br>   vs.<br><br>HAWAI'I COUNTY<br><br>               Defendant. | CIVIL NO. CV 26-00064-SASP-RT<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HAWAII COUNTY TO FILE ITS RESPONSE TO PLAINTIFFS' VERIFIED COMPLAINT [DKT. 1], FILED ON FEBRUARY 10, 2026; ORDER** |

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HAWAII COUNTY TO FILE ITS RESPONSE TO PLAINTIFFS' VERIFIED COMPLAINT [DKT. 1], FILED ON FEBRUARY 10, 2026**

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective attorneys, that Defendant COUNTY OF HAWAI'I shall have an extension of time from April 6, 2026 to May 6, 2026 to file its response to the Verified Complaint filed on February 10, 2026. The parties stipulate that this extension will not in any way impact Plaintiffs' claim of irreparable harm as argued in the Motion for Preliminary Injunction.

The parties hereby state that the reason for the requested extension is ongoing settlement discussions.

Dated:  Hilo, Hawai'i, March 31, 2026

By: */s/ Steven K. Idemoto*
STEVEN K. IDEMOTO
Counsel for Defendant
County of Hawai'i

DATED: San Diego, California, March 31, 2026.

*/s/ Alan A. Beck*
ALAN ALEXANDER BECK, ESQ.
KEVIN GERARD O'GRADY, ESQ.
Counsel for Plaintiffs Justin Arnold,
Bryan Garland, James Grell, Andrew
White

2

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaiʻi, April 1, 2026.

_Shanlyn A.S. Park_
_____
Shanlyn A.S. Park
United States District Judge

---

*Justin Arnold, Bryan Garland, James Grell, & Andrew White v. Hawaii County*;
Civil No. 1:26-cv-00064- SASP-RT; United States District Court for the District of
Hawaiʻi; SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT
HAWAII COUNTY TO FILE ITS RESPONSE TO PLAINTIFFS' VERIFIED
COMPLAINT [DKT. 1], FILED ON FEBRUARY 10, 2026; ORDER