Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JUSTIN ARNOLD, BRYAN GARLAND, JAMES GRELL, ANDREW WHITE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HAWAII COUNTY<br><br>    Defendant. | CIVIL NO. CV 26-00064-SASP-RT<br><br>**STIPULATED JUDGMENT AND STIPULATED PERMANENT INJUNCTION** |

## STIPULATED JUDGMENT AND
## STIPULATED PERMANENT INJUNCTION

1)    IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED AGAINST DEFENDANT HAWAII COUNTY ("County");

2)    From the date the Court approves and signs this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents are enjoined permanently from the acts described below and shall perform those acts described below;

3)    With regard to Plaintiff ANDREW WHITE, his application for a Permit To Acquire ("PTA") will be processed in accordance with Hawaii Revised Statutes;

4)    For applications submitted by Plaintiffs JUSTIN ARNOLD, BRYAN GARLAND, JAMES GRELL, and ANDREW WHITE ("Plaintiffs") after the entry of this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents shall issue a decision granting or denying each applicant's PTA application before the fortieth day from the date of application as required under HRS § 134-2(e)[1]

---

[1] In the event Hawaii law is amended to require processing applications in less time or more time, County and its agents shall issue decisions granting or denying each applicant's PTA application in compliance with current law.

5)      Nothing in this Order shall be construed as an admission of liability or violation of any right by County or any agent thereof;

6)      By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached. Except as expressly provided in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

7)      Plaintiffs unconditionally release, acquit, and discharge County and all its employees and agents from all injuries, claims, damages, and causes of action that were brought or could have been brought arising from or associated with only the specific facts alleged in the instant Lawsuit and the laws, rules, or regulations in effect at the time of the execution of this Stipulated Judgment, but not regarding any other aspect of the denial or any future decision or action for Plaintiffs.  No other claims remain outstanding in this litigation. All parties who have appeared in this action have signed this Stipulated Judgment.

DATED: San Diego, California, May 4, 2026.

*/s/ Alan A. Beck*
ALAN A. BECK
KEVIN GERARD O'GRADY
Attorney for Plaintiffs

3

DATED:  Hilo, Hawaii, May 4, 2026.

*/s/ Steven K. Idemoto*
STEVE IDEMOTO
Attorney for Defendant
HAWAII COUNTY

**IT IS SO ORDERED, ADJUDGED, AND DECREED**

DATED: Honolulu, Hawaiʻi, May 4, 2026.



Shanlyn A.S. Park
United States District Judge

---

*Justin Arnold, et al. v. County of Hawaii*; Civil No. 1:26-cv-00064-SASP-RT;
STIPULATED JUDGMENT AND STIPULATED PERMANENT INJUNCTION